UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Albert Melin**                                          **Docket No. 5:19-CR-116-1D**

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Albert Melin, who, upon an earlier plea of guilty to Wire Fraud and Subscribing to False Tax Returns, was sentenced by the Honorable Nelson S. Roman, U.S. District Judge in the Southern District of New York, on February 3, 2017, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Albert Melin was released from custody on January 4, 2019, at which time the term of supervised release commenced.

On March 14, 2019, jurisdiction in the defendant's case was transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a result of the defendant's conviction in the instant offense, he was ordered to pay a total of $1,349,318.76 in restitution. The court initially ordered Mr. Melin to pay $1,000 in monthly installments towards this monetary obligation. The defendant is currently employed in the food service industry, and he reports approximately $1,500 per month in earned income. The originally ordered monthly payment amount is not feasible to allow for the defendant's compliance during his supervision term.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The court, having considered the defendant's financial resources and ability to pay, orders that any balance outstanding at the time of this order being filed shall be paid in installments of $50 per month beginning on January 1, 2021, and continue until the obligation is satisfied. The probation officer shall take into consideration the defendant's ability to pay the ordered restitution and may modify the payment schedule in the future as essential.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: December 15, 2020 |

Albert Melin
Docket No. 5:19-CR-116-1D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___16___ day of ___December___, 2020, and ordered filed and made a part of the records in the above case.

_____/s/ Dever_____
James C. Dever III
U.S. District Judge